STUTMAN, TREISTER & GLATT P.C.
JEFFREY C. KRAUSE, *admitted pro hac vice*
GEORGE C. WEBSTER, *admitted pro hace vice*
ERIC D. WINSTON, *admitted pro hac vice*
H. ALEXANDER FISCH, *admitted pro hac vice*
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: jkrause@stutman.com; gwebster@stutman.com; ewinston@stutman.com; afisch@stutman.com

Co-counsel for the Azabu Liquidating Trust

WAGNER & CHOI
Attorneys at Law
JAMES A. WAGNER
CHUCK C. CHOI
NEIL J. VERBRUGGE
Topa Financial Center, Fort St. Twr.
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: wcelaw@wcelaw.com

Co-counsel for the Azabu Liquidating Trust

WATANABE, ING & KOMEIJI, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 544-8339
Facsimile: (808) 544-8399
Email: wmau@wik.com

Co-counsel for the Azabu Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) BK. NO. 05-50011 |
| | ) (Chapter 11) |
| AZABU BUILDINGS COMPANY, LTD., a.k.a. AZABU TATEMONO K.K., | ) |
| Debtor and Debtor-in-Possession. | ) ADV. PRO. NO. 07-90055 |
| THE AZABU LIQUIDATING TRUST | ) |
| Plaintiff, | ) |
| v. | ) |
| TOKAI-KOGYO COMPANY, LTD. | ) |
| Defendant. | ) |

**DISMISSAL WITHOUT PREJUDICE OF OBJECTIONS TO CLAIMS ASSERTED BY TOKAI-KOGYO CO., LTD. AND COUNTERCLAIM FOR SUBORDINATION UNDER 11 U.S.C. § 509**

The AZABU LIQUIDATING TRUST (the "PLAINTIFF") hereby dismisses, without prejudice, Plaintiff's objections and counterclaim against the claim of defendant TOKAI-KOGYO CO., LTD.

Dated: Honolulu, Hawaii, January 17, 2008

Respectfully submitted,

/s/ Chuck C. Choi
CHUCK C. CHOI
Wagner & Choi
Attorneys at Law
Counsel to the Azabu Liquidating Trust

/s/ H. Alexander Fisch
JEFFREY C. KRAUSE,
GEORGE C. WEBSTER, II,
ERIC D. WINSTON, AND
H. ALEXANDER FISCH
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Azabu Liquidating Trust

/s/ Wayne K.T. Mau
WAYNE K.T. MAU
Watanabe, Ing & Komeiji, LLP
Counsel to the Azabu Liquidating Trust